

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| VERONICA CHAVEZ VARA, | § | No. 08-23-00333-CV |
| Appellant, | § | Appeal from |
| v. | § | 338th Judicial District Court |
| MARK STEVEN VARA, SR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCM10912) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF MAY 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.